JOSEPH PERL et al., Appellants, v MEHMOOD MEHER et al., Respondents.

Submitted April 11, 2011; decided April 28, 2011

Motion by New Yorkers for Fair Automobile Insurance Reform for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

JOSEPH PERL et al., Appellants, v MEHMOOD MEHER et al., Respondents.

Submitted April 11, 2011; decided April 28, 2011

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

YENEM CORP., Appellant, v 281 BROADWAY HOLDINGS et al., Respondents. (And Other Actions.)

RANDALL Co., LLC, Appellant, v 281 BROADWAY HOLDINGS et al., Respondents, et al., Defendants. 281 BROADWAY HOLDINGS LLC et al., Third-Party Plaintiffs-Respondents, v HUNTER-ATLANTIC, INC., Third-Party Defendant-Respondent, et al., Third-Party Defendants.

Submitted April 25, 2011; decided April 28, 2011

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.